B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

In re SHANNON DWAYNE DILMORE  
      JUDITH ANN DILMORE

Case No. 23-02374

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC as agent for Aqua Finance Inc | EMVLP LLC C/O MOSS & BARNETT-SED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Quantum3 Group LLC as agent for  
Aqua Finance Inc  
PO Box 788  
Kirkland, WA 98083-0788  
Phone: (425) 242-7100  

Court Claim # (if known): 18  
Amount of Claim: 16,877.02  
Date Claim Filed: 12/18/2023  

Phone:

Last Four Digits of Acct #: 4681

Last Four Digits of Acct #: 4681

Name and Address where transferee payments should be sent (if different from above):  
Quantum3 Group LLC  
PO Box 2489  
Kirkland, WA 98083-2489

Phone: (425) 242-7100  
Last Four Digits of Acct #: 4681

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Taylor Johnson  
Transferee/Transferee's Agent

Date: 05/07/2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.