

# INVOICE

Invoice # 8138
Date: 07/25/2025
Due On: 08/24/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Shannon Dwayne Dilmore and Judith Ann Dilmore

## 05072-Dilmore Shannon Dwayne Dilmore and Judith Ann

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 03/11/2024 | Draft fee application, notice and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JAC | 03/22/2024 | Review: Proof of Claim 23-02374-KMS PORTFOLIO RECOVERY ASSOCIATES, LLC Document # Amended 5 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/05/2024 | Review email from debtor: Reviewed email from debtor about the process of selling her home; reviewed process in wiki; drafted email to debtor with the full process of selling their home | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/05/2024 | Review email from debtor: Reviewed email from debtor stating that they are going to wait to try and sell their home; drafted email to debtor informing her once they decide to start the process to let me know | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/04/2024 | Review email from debtor: Reviewed email from debtor about needing a report from the Trustee for security clearance; drafted email to debtor inquiring what the report needs to show | 0.10 | $155.00 | $15.50 |
| Service | KR | 10/07/2024 | Review email from debtor: Reviewed email from debtor about the documentation she is needing from the Trustee; reviewed the Trustee's website for the accounting statement | 0.20 | $155.00 | $31.00 |

Invoice # 8138 - 07/25/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | for her payments and the creditors; drafted email to debtor with the statements per her request | | | |
| Service | TR | 11/25/2024 | Review: 23-02374-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/03/2024 | Review email from debtor: Reviewed email from debtor inquiring about the amended wage order; reviewed court docket for previous wage order; drafted email to debtor informing her that the Trustee's address for payments has changed; payments were the same | 0.10 | $155.00 | $15.50 |
| Service | KR | 01/17/2025 | Review and respond to email memo: Reviewed email memo from VM re: refund correspondence; drafted email memo to VM informing her that she can contact debtor to find out if they received the refund | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/21/2025 | Review email from debtor: Reviewed email from debtor with letter from State Farm about her vehicle loan being transferred to Aqua Finance; drafted email to the case administrator at the Trustee's office | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/19/2025 | Review email from debtor: Reviewed email from debtor with a refund check from Citi Bank; converted jpeg file to pdf file; drafted internal message to TR re: review refund | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/21/2025 | Review: 23-02374-KMS Notice of Mortgage Payment Change Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/27/2025 | Review email from Attorney: Reviewed internal message from TR re: Citi Bank refund; reviewed Trustee's website for case administrator; drafted email to the case administrator inquiring about the debtor keeping the refund without a Motion being filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/27/2025 | Call Debtor: Reviewed email from the Trustee's office about the refund from Citi Bank; telephone conference with debtor informing him he could deposit the funds | 0.10 | $155.00 | $15.50 |
| Service | KR | 05/27/2025 | Reviewed and revised all ecf filings | 0.10 | $0.00 | $0.00 |

Invoice # 8138 - 07/25/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | with the correct docket event; created ecf folder; merged all ecf filings into ecf folder | | | |
| Service | TR | 07/24/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/25/2025 | Reviewed court docket for previous orders and Applications filed; reviewed Trustee's website to verify amount of attorney fees paid to date; drafted 1st part of the 3rd Application for Compensation | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$469.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/25/2025 | Estimated Mailing Expense for 3rd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$3.50** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
| | Thomas Rollins | Attorney | 0.5 | $360.00 | $180.00 |
| | Kerri Rodabough | Non-Attorney | 1.4 | $155.00 | $217.00 |
| | Kerri Rodabough | Non-Attorney | 0.2 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$472.50** |
| | | | | **Total** | **$472.50** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5564 | 12/08/2023 | $1,939.38 | $0.00 | $1,939.38 |
| 6095 | 04/10/2024 | $1,513.64 | $0.00 | $1,513.64 |

Invoice # 8138 - 07/25/2025

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8138 | 08/24/2025 | $472.50 | $0.00 | $472.50 |
| | | | **Outstanding Balance** | **$3,925.52** |
| | | | **Total Amount Outstanding** | **$3,925.52** |

7/25/25, 12:30 PM                                                        Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   [4]   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?   [1]   parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.   [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.   [1]

**Disclaimer & User Agreement:**

    By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 2 |
| Date and Time: | Fri Jul 25 2025 12:30:55 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 4 |
| Sheets Per Envelope | 2 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                           0.76 |
| Postage Cost: | $                                                           0.78 |
| Total Cost: | $                                          3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED